UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| LINDEN ROY SAWYER, <br><br> Petitioner, <br><br> v. <br><br> HEDGPATH, Warden, <br><br> Respondent. | ED CV 09-00184-AG (SH) <br> ED CV 09-00315-AG (SH) <br><br> ORDER ADOPTING THE FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petitions, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that the Petitions filed herein are dismissed with prejudice.

1

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 30, 2009

ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE