UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| LINDEN ROY SAWYER,<br><br>　　　　　Petitioner,<br>v.<br>HEDGPATH, Warden,<br>　　　　　Respondent. | ED CV 09-00184-AG (SH)<br>ED CV 09-00135-AG (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petitions for Writ of Habeas Corpus are dismissed with prejudice.

DATED: April 30, 2009

ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

1